**Electronically Filed**
**Supreme Court**
**SCWC-12-0000611**
**28-OCT-2015**
**12:16 PM**

SCWC-12-0000611

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

WAYNE PEELUA,
Respondent/Plaintiff-Appellant,

vs.

IMPAC FUNDING CORPORATION dba IMPAC LENDING GROUP, a California
corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a
Delaware corporation; HAWAII FINANCIAL SERVICES CORP.; TERA
PALEKA; COUNTRYWIDE HOME LOANS, INC.; COUNTRYWIDE BANK, FSB;
COUNTRYWIDE FINANCIAL CORP.; DEUTSCHE BANK NATIONAL TRUST
COMPANY, as Trustee Under the Pooling and Servicing Agreement
Relating to Impac Secured Assets Corp. Mortgage Pass-Through
Certificates Series 2007-2; INDYMAC FEDERAL BANK, FSM; INDYMAC
LOAN SERVICES; BANK OF AMERICA; GMAC MORTGAGE CORPORATION; and
JOHN DOES 1-10,
Petitioners/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000611; CIVIL NO. 10-1-0031)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioners/Defendants-Appellees' Application for Writ

of Certiorari, filed on September 14, 2015, is hereby rejected.

DATED: Honolulu, Hawaiʻi, October 28, 2015.

Patricia J. McHenry and
John P. Duchemin
for petitioners

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

